**Exhibit A to the Complaint**

**Location:** New Rochelle, NY

**Total Works Infringed:** 27

**IP Address:** 72.69.197.14

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>642148E30F2A17AB43A3AA1D65BA2CA48B489983<br>File Hash:<br>454C7EAA727497E3E1FCAB73450A48C33F52AE9C3EB078F4ED7AF76F87B832D0 | 11/02/2020<br>23:37:11 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 2 | Info Hash:<br>2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash:<br>C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 10/13/2020<br>23:53:12 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 3 | Info Hash:<br>0C805D61A8C0E4253AD33AE9FF3C39D3580D2D5F<br>File Hash:<br>CA97A412B190BF68537D16FD89A099FE43BE847EE26FCEE7702462139A1CFAAD | 10/13/2020<br>23:52:43 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 4 | Info Hash:<br>3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06/06/2020<br>21:10:49 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 5 | Info Hash:<br>08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash:<br>94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04/27/2020<br>23:55:46 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 6 | Info Hash:<br>1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash:<br>52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 04/27/2020<br>15:40:31 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | Info Hash:<br>7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash:<br>CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 04/27/2020<br>15:40:25 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 8 | Info Hash:<br>642E0CBC2CC4510978E835A1A110DB3AFCCA7A01<br>File Hash:<br>88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 02/11/2020<br>00:22:52 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash:<br>6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 02/01/2020<br>01:31:08 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 10 | Info Hash:<br>425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 01/20/2020<br>04:48:45 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 11 | Info Hash:<br>7394693FD37E23DA3F8C16EF2B56759BB44DB556<br>File Hash:<br>7E3912D6291605313B55CB774A54EE5F8D2CF9C575B052193DB5E05726A4817F | 01/20/2020<br>04:10:29 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 12 | Info Hash:<br>57D55CF2E1C375BBFAB76A1226219452189BF550<br>File Hash:<br>77C24A8664F1F1E61C4333D24E05A15885B28F6EF0CFB4B8F73772A06D7A24EA | 10/19/2019<br>01:38:36 | Blacked<br>Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 13 | Info Hash:<br>44A91CCBFDE09D843FF4C167CFE6685C8AE80078<br>File Hash:<br>63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/25/2019<br>01:03:00 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 14 | Info Hash:<br>D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash:<br>71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 09/25/2019<br>00:48:09 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 15 | Info Hash:<br>557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash:<br>E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 07/10/2019<br>03:55:55 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 16 | Info Hash:<br>E07877B71CF19666B48388AB9C202988860AC477<br>File Hash:<br>A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 07/10/2019<br>03:08:17 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 17 | Info Hash:<br>284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash:<br>C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 07/09/2019<br>01:59:56 | Blacked<br>Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash:<br>0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 06/02/2019<br>08:37:43 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 19 | Info Hash:<br>2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash:<br>F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 03/17/2019<br>05:20:57 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 20 | Info Hash:<br>C17A2D39577A7A17B0FA308F8099E113D2E6F692<br>File Hash:<br>5766A50CC7D6782D469A8FA391E32FD0AF2DFEB1E38100728F719AAA687FF95E | 03/17/2019<br>00:31:06 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 21 | Info Hash:<br>32DBEBCEB08636C489971161076D20882E60F767<br>File Hash:<br>BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 02/21/2019<br>02:20:26 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 22 | Info Hash:<br>6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash:<br>661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 02/21/2019<br>02:19:03 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 23 | Info Hash:<br>CC4D89C30BD65D68546BCF62ACE381585BD879EF<br>File Hash:<br>0B3CBA76BF3CFAB6D9318F5150DD1FCBE4282027F995B7360C3FCD1D48AF4AAB | 02/20/2019<br>04:12:37 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 24 | Info Hash:<br>35FC391D7869DA183CB119D3D676978EC11ADDB9<br>File Hash:<br>BE7FA0E9046E5052989B028E082C94C5A4FB9F7076FEEE4A70FB899BE57B1707 | 01/11/2019<br>03:08:09 | Blacked Raw | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 25 | Info Hash:<br>F4AA138039846AD2D2205FAA3036CD827E520187<br>File Hash:<br>AFDAACE2024614C93795201F8B4D398299EE012E284D827F483FAA25007B31CD | 01/11/2019<br>02:52:24 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 26 | Info Hash:<br>B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526<br>File Hash:<br>A2C5BAE81898F9DEA282CA577741FAA9602957AC0D4DC6CBA2937249EC4B5130 | 01/10/2019<br>05:37:55 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash:<br>14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 01/10/2019<br>04:36:24 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |