*JACQUELINE*

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

Septembe

The Hon. Judge Philip M. Halpern

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

*Re:    7:20-cv-10747-PMH; Strike 3 Holding*
       *Address 72.69.197.14 // Plaintiff's R*
       *Unredacted Versions of its First Amende*
       *of Service Under Seal*

Dear Judge Halpern:

> Application granted in part.
>
> Plaintiff is granted leave to file unredacted versions of its First Amended Complaint (Doc. 18) and Request for Issuance of Amended Summons (Doc. 19) under seal. When Plaintiff receives the Return of Service, it may seek to have that document filed under seal as well.
>
> The Clerk of the Court is respectfully directed to seal Doc. 18 and Doc. 19, permitting access only by the parties and the Court, but retain the summary docket text for the record.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc 16.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         September 9, 2021

The James Law Firm, PLLC represents P
respectfully requests an order allowing Plaintiff leave to file unredacted versions of its Renewed
Amended Complaint, proposed summons, and return of service under seal pursuant to Rule 5(B)
of the Individual Practices in Civil Cases for Judge Philip M. Halpern.

Plaintiff is the owner of award-winning, critically acclaimed adult motion pictures. Strike
3's motion pictures are distributed through the *Blacked*, *Tushy*, *Vixen*, and *Blacked Raw* adult
websites and DVDs.  Plaintiff recorded a number of infringing transactions emanating from IP
address 72.69.197.14 within the BitTorrent network.  Accordingly, this Court recently permitted
Plaintiff to serve a subpoena on the Internet Service Provider ("ISP"), Verizon Fios ("ISP"), to
discover the identity of the subscriber assigned the IP address 72.69.197.14, the IP address used
to download and distribute Plaintiff's works via the BitTorrent network.  After receiving the
subpoena response, Plaintiff conducted a further investigation. Based on the investigation of the
subscriber and publicly available resources, Plaintiff identified the subscriber as the true
infringer/Defendant.  Plaintiff has now filed its First Amended Complaint against Defendant
before this Court.

Although Plaintiff is aware of Defendant's identity, Plaintiff is sensitive to Defendant's
privacy concerns and therefore, it opted to file this suit against Defendant pseudonymously
within the caption of the case. Although the caption does not contain Defendant's personal
identifying information, the body of the First Amended Complaint contains such information.
This information is central to Plaintiff's claim and includes the Defendant's name, address, and
additional factual information which directly links the Defendant to the infringement in this case.
In the past, to avoid embarrassment to defendants, courts in this district have entered protective
orders precluding Plaintiff from publicly disclosing defendants' identifying information.
Accordingly, out of respect for this Court and Defendant, Plaintiff respectfully requests entry of
an order permitting it to file an unredacted version of its First Amended Complaint, proposed

summons, and return of service under seal under seal so that it may include Defendant's name, address, and other factual information central to Plaintiff's claim.

By: *Jacqueline M. James*

*Attorneys for Plaintiff*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423